Decided September 27, 2002

## STATE OF CONNECTICUT *v.* BERNALE BRYANT

The defendant's petition for certification for appeal from the Appellate Court, 71 Conn. App. 488 (AC 21652), is denied.

*Donald D. Dakers*, special public defender, in support of the petition.

*Timothy J. Sugrue*, senior assistant state's attorney, in opposition.

Decided September 27, 2002